GEORGE S. TRIMM and others, Appellants, v. WILLIAM B. MARSH and others, Respondents.

*Extra allowance — Final judgment — when entered.*

Appeal from an order granting an extra allowance.

In this case the Commission of Appeals ordered judgment absolute for defendants. The remittitur was sent to the Supreme Court, and judgment was entered. Afterward, the Commission of Appeals, on motion of plaintiff, ordered that the clerk of the county of New York return the remittitur to that court, where a motion for a reargument was made and denied. The defendant then moved for an extra allowance. The court, at General Term, was of opinion that by taking the remittitur from the files of the Supreme Court it became necessary, after the denial of the motion in the Commission of Appeals, to enter another judgment in the Supreme Court upon the remittitur; and that it could not, therefore, be said that a final judgment had been entered in the case when an extra allowance was applied for.

*Wheeler H. Peckham*, for the appellants.

*Justus Palmer*, for the respondents.

Opinion by Lawrence, J.

Davis, P. J., and Daniels, J., concurred.

Order affirmed, with costs.